**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PAUL CALLAHAN,

        Petitioner

        v.

COMMONWEALTH OF PENNSYLVANIA
AND BUCKS COUNTY COMMON PLEAS
COURT,

        Respondents

: No. 194 MM 2018
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of February, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.